UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROSALIND DAVIS and HARRY DAVIS, individually and on behalf of all others similarly situated, | : : : : : Civil Action No. 13-4396 |
| Plaintiffs, | : |
| v. | : : |
| BANK OF AMERICA, N.A., and MCCABE, WEISBERG & CONWAY, P.C., TERRANCE J. MCCABE, MARC S. WEISBERG, and EDWARD D. CONWAY, | : : : : : |
| Defendants. | : |

## ORDER

AND NOW, this 25th day of March, 2015, upon consideration of the parties' Joint Motion To Stay Proceedings Pending Decision By United States Court Of Appeals For The Third Circuit In *Kaymark* Matter, requesting that the Court stay this matter pending a decision by the United States Court of Appeals for the Third Circuit in *Kaymark v. Bank of America, N.A.*, No. 14-1816 (3d Cir. 2014), it is hereby **ORDERED** that the Joint Motion to Stay is **GRANTED**, and the case is stayed (except for preservation-related issues), with the right of any party to petition to reopen the case within thirty (30) days of the ruling by the Third Circuit Court of Appeals, with the additional requirement that all parties are required to comply with Defendants' March 23, 2015 draft Stipulated Order Regarding ESI and Document Preservation;

It is further **ORDERED** that the Parties will file a Stipulated Order Regarding ESI and Document Preservation within twenty (20) days of this of this Order; unless an agreement cannot be reached in which case submissions shall be filed with this Court within thirty (30) days outlining the Parties' disagreements.

BY THE COURT:

_____
Tucker, C.J.