IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ROSALIND DAVIS, et al.,** : | |
| : | |
| **Plaintiffs,** : | |
| : | **CIVIL ACTION** |
| v. : | |
| : | **NO. 13-4396** |
| **BANK OF AMERICA, N.A., et al.,** : | |
| : | |
| **Defendants.** : | |
| : | |

## ORDER

**AND NOW**, this __3rd__ day of February, 2016, upon consideration of Defendant Bank of America, N.A.'s Motion to Strike Class Allegations Relating to Plaintiffs' Unfair Trade Practices and Consumer Protection Law Claim (Doc. 103); Defendant McCabe, Weisberg & Conway, P.C.'s Motion to Strike (Doc. 104); Plaintiffs' Brief in Opposition (Doc. 110); Defendant Bank of America, N.A.'s Reply Brief (Doc. 113); and Plaintiffs' Sur-Reply in Opposition (Doc. 116), **IT IS HEREBY ORDERED AND DECREED** that Defendants' Motions are **GRANTED**.

**IT IS FURTHER ORDERED** that class allegations relating to Plaintiffs' Unfair Trade Practices and Consumer Protection Law ("UTPCPL") claim be stricken from Plaintiffs' Amended Complaint (Doc. 39), and Plaintiffs' UTPCPL claim is to proceed on an individual basis only.

**BY THE COURT:**

**/s/ Petrese B. Tucker**
_____
**Hon. Petrese B. Tucker, C.J.**