IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROSALIND DAVIS, et al., : | |
| : | |
| Plaintiffs, : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 13-4396 |
| BANK OF AMERICA, N.A., et al., : | |
| : | |
| Defendants. : | |
| : | |

## ORDER

**AND NOW**, this __6th__ day of July, 2016, upon consideration of Defendant McCabe, Weisberg & Conway, P.C.'s Motion for Protective Order and Stay of Discovery (Doc. 140), **IT IS HEREBY ORDERED AND DECREED** as follows:

1. Defendant McCabe, Weisberg & Conway, P.C.'s Motion for Protective Order is **DENIED**;

2. Defendant McCabe, Weisberg & Conway, P.C.'s Motion for Stay of Discovery is **GRANTED**.  Discovery shall be **STAYED** pending the resolution of the motion for preliminary approval of class action settlement in *Salvati et al. v. Deutsche Bank National Trust Company, N.A. et al.*, Case No. 2:12-cv-00971-MPK; and

3. The parties shall submit a status update to the Court within **five (5) days** of the disposition of the motion for preliminary approval of class action settlement.

**BY THE COURT:**

**/s/ Petrese B. Tucker**
_____
**Hon. Petrese B. Tucker, C.J.**